304

Argued and submitted October 6, reversed and remanded for reconsideration
December 17, 2003

In the Matter of the Compensation of
Terry R. Myers, Claimant.
Terry R. MYERS,
*Petitioner,*

*v.*

SAIF CORPORATION;
Roberts Motor Company, Inc.;
Liberty Northwest Insurance Company;
and Associated Fruit Co.,
*Respondents.*

00-07268, 00-07267, 00-01987; A116879

81 P3d 755

Robert F. Webber argued the cause for petitioner. With him on the briefs was Black, Chapman, Webber, Stevens & Petersen.

David L. Runner argued the cause and filed the brief for respondents SAIF Corporation and Roberts Motor Company, Inc.

David O. Wilson argued the cause for respondents Liberty Northwest Insurance Company and Associated Fruit Co. On the brief was Darren W. Lee.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Myers (A116842)*, 191 Or App 263, 82 P3d 638 (2003).